1    **WO**

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                        **FOR THE DISTRICT OF ARIZONA**

8

9    P.C.J., et al.,                                    No. CV-23-00780-PHX-DJH

10                      Plaintiffs,                      **ORDER**

11   v.

12   United States of America,

13                      Defendant.

14

15          Plaintiffs P.C.J., et al. ("Plaintiffs") have filed a "Motion to Proceed Under

16   Pseudonyms and for a Protective Order" (Doc. 2), which they filed concurrently with their

17   Complaint (Doc. 1).[1]  Plaintiffs request the Court to protect their identities from public

18   disclosure by using the pseudonyms P.C.J., M.C.J., O.P.V., and T.P.C.  They argue the

19   subject matter of this action involves highly sensitive and personal information that, if

20   disclosed, "could harm them and their minor children." (Doc. 2 at 6).  Indeed, the

21   allegations of this case stem from Plaintiffs' applications for asylum and mistreatment in

22   immigration detention centers.  (*See generally* Doc. 1).  Plaintiffs further contend that

23   Defendant United States of America already knows Plaintiffs' identities through

24   administrative filings and so will not be prejudiced by the use of pseudonyms in this matter.

25   (Doc. 2 at 6).  Last, they argue the "public interest weighs in favor of anonymity." (*Id.*)

26          The Court will summarily grant Plaintiffs' Motion, finding that the bases for the

27

28   _____

[1] The Defendant United States of America has not yet been served with the Complaint or Summons, or otherwise appeared in the matter.  Consequently, the Defendant has not responded to Plaintiffs' Motion.

Motion are meritorious.  *Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1067–68 (9th Cir. 2000) ("[A] party may preserve his or her anonymity in judicial proceedings in special circumstances when the party's need for anonymity outweighs prejudice to the opposing party and the public's interest in knowing the party's identity.").

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Proceed Under Pseudonyms and for a Protective Order (Doc. 2) is **GRANTED**.  Plaintiffs are permitted leave to proceed in this matter under pseudonyms.

**IT IS FURTHER ORDERED** that Defendant United States of America shall not publicly disclose Plaintiffs' names or personally identifying information.  The parties shall submit pleadings, briefing, and evidence using Plaintiffs' pseudonyms instead of their real names and other personally identifying information.

Dated this 7th day of June, 2023.

Honorable Diane J. Humetewa
United States District Judge