# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| P.C.J., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>    Defendant. | No. CV-23-00780-PHX-DJH<br><br>**ORDER** |

Before the Court is a Joint Motion to Extend Time to File Joint Case Management Report and To Modify Date of Scheduling Conference (Doc. 15). The parties state that after granting Defendant's two unopposed requests to extend its response deadline, "the current timeline is unworkable" because Defendant's answer deadline is now the day after their joint case management report is due to the Court. (*Id.*) The Court will grant the joint request.

**IT IS ORDERED** the Rule 16 Scheduling Conference set for September 11, 2023 is **VACATED** and **RESET** to October 16, 2023 at 8:30 a.m. in Courtroom 605, Sandra Day O'Connor United States Courthouse, 401 W. Washington St., Phoenix, Arizona. The remainder of the Court's Order (Doc. 10) is otherwise **AFFIRMED**.

/ / /
/ / /
/ / /
/ / /

**IT IS FURTHER ORDERED** that absent extraordinary circumstances, no further extensions of Defendant's response deadline or the parties' deadline to submit their case management report will be granted.

Dated this 8th day of August, 2023.

_____
Honorable Diane J. Humetewa
United States District Judge