# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| P.C.J., et al., | No. CV-23-00780-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

Before the Court is the parties' Stipulation to Extend Plaintiffs' Time to Respond to Defendant's Motion to Dismiss (Doc. 22). Plaintiffs' current Response deadline is October 8, 2023. (*Id.*) Plaintiffs seek an additional sixty (60) days to respond, generally citing trial schedules, appellate deadlines, and stating that "other members of Plaintiffs' counsel will be out of the office for an extended period for their wedding and honeymoon." (*Id.* at 3). Despite the stipulation, the Court finds sixty (60) days to respond to a motion to dismiss unnecessarily excessive. Plaintiffs are represented by no less than twelve attorneys of record. The Court is confident that a responsive brief can be filed in a more appropriate period of time.

Accordingly,

/ / /

/ / /

/ / /

/ / /

**IT IS ORDERED** that the Stipulation (Doc. 22) is approved in part. The Court will extend Plaintiffs' deadline to respond to the Motion to Dismiss by thirty (30) days. Plaintiffs shall file their Response to the Defendant's Motion to Dismiss no later than November 6, 2023.

Dated this 22nd day of September, 2023.

Honorable Diane J. Humetewa
United States District Judge