1  Todd Feltus (019076)
   Katie Derrig (037110)
2  Allison Whitehill (036339)
   LEWIS ROCA ROTHGERBER CHRISTIE LLP
3  201 East Washington Street, Suite 1200
   Phoenix, AZ 85004
4  Tel: (602) 262-5311
   Fax: (602) 262-5747
5  tfeltus@lewisroca.com
   kderrig@lewisroca.com
6  awhitehill@lewisroca.com

7  Justin W. Bernick*
   Danielle Desaulniers Stempel*
8  Michael J. West*
   HOGAN LOVELLS US LLP
9  Columbia Square
   555 Thirteenth Street, NW
10 Washington, DC 20004
   Tel: (202) 637-5600
11 Fax: (202) 637-5910
   justin.bernick@hoganlovells.com
12 danielle.stempel@hoganlovells.com
   michael.west@hoganlovells.com
13
   (*Additional Counsel for Plaintiffs Listed on the Following Page*)
14 (*Admitted Pro hac vice)

15

16                        UNITED STATES DISTRICT COURT

17                          FOR THE DISTRICT OF ARIZONA

18  P.C.J., on his own behalf and on behalf of       No.: CV-23-00780-PHX-DJH
    his minor child, M.C.J.; and
19  O.P.V. on his own behalf and on behalf of
    his minor child, T.P.C.
20                                                   **NOTICE OF SUBSTITUTION OF**
                   Plaintiffs,                       **COUNSEL WITHIN FIRM**
21
    v.
22
    United States of America,
23
                   Defendant.
24

25

26

27

28

122511768.1

Alicia Paller**
Melissa Giangrande*
Dana A. Raphael*
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
alicia.paller@hoganlovells.com
melissa.giangrande@hoganlovells.com
dana.raphael@hoganlovells.com

David Willner*
HOGAN LOVELLS US LLP
1601 Wewatta Street, Suite 900
Denver, CO 80202
Tel: (303) 899-7300
Fax: (303) 899-7333
david.willner@hoganlovells.com

Keith Armstrong *
Javier Hidalgo**
REFUGEE AND IMMIGRANT CENTER
FOR EDUCATION AND LEGAL SERVICES (RAICES)
1305 N. Flores Street
San Antonio, TX 78212
Tel: 210-538-7382
keith.armstrong@raicestexas.org
javier.hidalgo@raicestexas.org

*(*Admitted pro hac vice*
**Pro hac vice application forthcoming)*

1  P.C.J. and O.P.V. ("Plaintiffs") provide notice that Todd Feltus, of Lewis Roca Rothgerber Christie, LLP ("Firm"), will substitute as counsel of record in place of Gary Bendinger. Katie Derrig and Allison Whitehill will remain counsel of record for Plaintiffs. Plaintiffs respectfully request that Mr. Bendinger be removed from the Court's service list in this matter and be replaced with Mr. Feltus whose contact information is:

    Todd Feltus, email TFeltus@lewisroca.com
    Telephone: 602.262.5397

RESPECTFULLY SUBMITTED this 29th day of September, 2023.

    LEWIS ROCA ROTHGERBER CHRISTIE LLP

    By: /s/ Katie Derrig
    Todd Feltus
    Katie Derrig
    Allison Whitehill
    201 East Washington Street, Suite 1200
    Phoenix, AZ 85004

    Justin W. Bernick*
    Danielle Desaulniers Stempel*
    Michael J. West*
    HOGAN LOVELLS US LLP
    Columbia Square
    555 Thirteenth Street, NW
    Washington, DC 20004

    Alicia Paller**
    Melissa Giangrande*
    Dana A. Raphael*
    HOGAN LOVELLS US LLP
    Columbia Square
    555 Thirteenth Street, NW
    Washington, DC 20004

    David Willner*
    HOGAN LOVELLS US LLP
    1601 Wewatta Street, Suite 900
    Denver, CO 80202

Keith Armstrong *
Javier Hidalgo**
REFUGEE AND IMMIGRANT CENTER
FOR EDUCATION AND LEGAL SERVICES
(RAICES)
1305 N. Flores Street
San Antonio, TX 78212

*Attorneys for Plaintiffs*