GARY M. RESTAINO
United States Attorney
District of Arizona

LISA M. HEMANN
Assistant United States Attorney
Arizona State Bar No. 024703
JAVIER TORRES
Assistant United States Attorney
Arizona State Bar No. 032397
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, AZ  85004-4449
Telephone:  (602) 514-7500
Fax:  (602) 514-7760
Lisa.Hemann@usdoj.gov

*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| P.C.J., et al.,<br><br>         Plaintiffs,<br><br>   v.<br><br>United States of America,<br><br>         Defendant. | No. CV-23-00780-PHX-DJH<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that the parties have reached a conditional settlement in this matter.  The parties will file a stipulated motion to dismiss this case with prejudice, each party to bear its own costs and fees, once the minor's portion of the settlement is approved by a court of competent jurisdiction and the settlement funds are disbursed.

The parties respectfully request that the Court stay all case management deadlines pending resolution of this matter.

Respectfully submitted this 30th day of April, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Lisa M. Hemann*
LISA M. HEMANN
Assistant United States Attorney

| | |
|---|---|
| 1 | HOGAN LOVELLS US LLP |
| 2 | *s/Melissa Giangrande (with permission)* |
| 3 | Justin W. Bernick<br>Danielle Desaulniers Stempel |
| 4 | Michael J. West<br>Alicia Paller |
| 5 | Dana A. Raphael<br>Melissa Giangrande |
| 6 | David A. Willner<br>*Attorneys for Plaintiffs* |