# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| P.C.J., et al., | No. CV-23-00780-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

This matter is before the Court on the Notice of Settlement (Doc. 39), filed on April 30, 2024.  Accordingly,

**IT IS ORDERED** that a Stipulation to Dismiss shall be filed on or before <u>July 26, 2024</u>.  If a Stipulation to Dismiss has not been filed by this deadline, the parties shall file a Status Report to the Court on that date.

**IT IS FURTHER ORDERED** that the pending Motion to Dismiss (Doc. 21) is **DENIED WITHOUT PREJUDICE**.  This Motion may be refiled if full performance of the settlement is not reached.

Dated this 30th day of April, 2024.

Honorable Diane J. Humetewa
United States District Judge