**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| P.C.J., on his own behalf and on behalf of his minor child, M.C.J.; and O.P.V. on his own behalf and on behalf of his minor child, T.P.C.<br><br>*Plaintiffs,*<br><br>v.<br><br>United States of America,<br><br>*Defendant.* | No. CV 2:23-00780-PHX-DJH<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR COURT APPROVAL OF SETTLEMENT OF MINOR'S CLAIMS** |

The Court has reviewed Plaintiffs' Unopposed Motion for Court Approval of Settlement of Minor's Claims. Defendant United States of America does not oppose Plaintiffs' motion. For good cause shown, **IT IS HEREBY ORDERED**:

1. The Court approves the settlement of Plaintiff T.P.C.'s claims in this Lawsuit.

2. The Court approves the allocation of the settlement proceeds such that Plaintiff O.P.V., the father, receives $135,000 and Plaintiff T.P.C., a minor, receives $135,000, for a total Settlement Amount of $270,000.
3. The Court approves placement of Plaintiff T.P.C.'s portion of the settlement into a pooled minor's trust operated by Legacy Enhancement until Plaintiff T.P.C. reaches the age of 18.
4. Plaintiffs' counsel shall coordinate with O.P.V. and Legacy Enhancement for the execution of all necessary paperwork and the funding of the minor's trust on behalf of Plaintiff T.P.C.