1  Allison Whitehill (036339)
   LEWIS ROCA ROTHGERBER CHRISTIE LLP
2  201 East Washington Street, Suite 1200
   Phoenix, AZ 85004
3  Tel: (602) 262-5311
   Fax: (602) 262-5747
4  awhitehill@lewisroca.com

5  Justin W. Bernick*
   Alicia J. Paller*
6  HOGAN LOVELLS US LLP
   Columbia Square
7  555 Thirteenth Street, NW
   Washington, DC 20004
8  Tel: (202) 637-5600
   Fax: (202) 637-5910
9  justin.bernick@hoganlovells.com
   alicia.paller@hoganlovells.com
10
   *(Additional Counsel for Plaintiffs listed on the following page)*
11 *(\*Admitted pro hac vice)*

12 Gary M. Restaino
   United States Attorney
13 District of Arizona
   Lisa M. Hemann (024703)
14 Javier Torres (032397)
   Two Renaissance Square
15 40 North Central Avenue, Suite 1800
   Phoenix, Arizona 85004-4408
16 Telephone: (602) 514-7500
   Facsimile: (602) 514-7760
17 lisa.hemann@usdoj.gov
   javier.torres@usdoj.gov
18
   *Attorneys for Defendant United States of America*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| P.C.J., on his own behalf and on behalf of his minor child, M.C.J., | |
| O.P.V. on his own behalf and on behalf of his minor child, T.P.C., | CV 2:23-00780-PHX-DJH |
| *Plaintiffs*, | **JOINT STATUS REPORT** |
| v. | |
| United States of America, | |
| *Defendant*. | |

**Additional Plaintiffs' counsel:**

Katie Rios (037110)
Todd Feltus (019076)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
201 East Washington Street, Suite 1200
Phoenix, AZ 85004
Tel: (602) 262-5311
Fax: (602) 262-5747
krios@lewisroca.com
tfeltus@lewisroca.com

Melissa Giangrande Jacobs*
Danielle Desaulniers Stempel*
Michael J. West*
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
melissa.giangrande@hoganlovells.com
danielle.stempel@hoganlovells.com
michael.west@hoganlovells.com

David Willner*
HOGAN LOVELLS US LLP
Two North Cascade Avenue, Suite 1300
Colorado Springs, CO 80903
Tel: (303) 899-7300
Fax: (303) 899-7333
david.willner@hoganlovells.com

Javier Hidalgo*
REFUGEE AND IMMIGRANT CENTER FOR EDUCATION AND LEGAL SERVICES (RAICES)
1305 N. Flores Street
San Antonio, TX 78212
Tel: (210) 538-7382
Fax: (210) 634-1279
javier.hidalgo@raicestexas.org
*Admitted pro hac vice

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated April 30, 2024 (ECF No. 40) ("Order"), the parties hereby submit their Joint Status Report.

On April 30, 2024, the parties reached a settlement in principle to resolve all claims in this action. Since that time, the parties have worked to finalize the settlement agreement. Because Plaintiff T.P.C. is a minor, Plaintiffs must obtain court approval of the settlement. Plaintiffs filed an Unopposed Motion for Court Approval of Minor Settlement on June 20, 2024 (ECF No. 42). That motion remains pending. Following approval of the minor settlement, Defendant will submit the proposed settlement agreement to the Department of Justice headquarters for final approval and payment. Following final approval of the settlement and disbursement of the agreed upon settlement values, the parties will present a final stipulation of dismissal to Your Honor for review.

RESPECTFULLY SUBMITTED this 26th day of July, 2024.

/s/ Lisa M. Hemann (*with permission*)
Lisa M. Hemann (024703)
Javier Torres (032397)
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Facsimile: (602) 514-7760
lisa.hemann@usdoj.gov
javier.torres@usdoj.gov

*Attorneys for Defendant*

By: /s/ Alicia J. Paller
Alicia J. Paller*
Justin W. Bernick*
Michael J. West*
Danielle Desaulniers Stempel*
Melissa Giangrande*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004

David Willner*
HOGAN LOVELLS US LLP
Two North Cascade Avenue, Suite 1300
Colorado Springs, CO 80903

Javier Hidalgo*
REFUGEE AND IMMIGRANT CENTER FOR EDUCATION AND LEGAL SERVICES (RAICES)
1305 N. Flores Street
San Antonio, TX 78212

Allison Whitehill (036339)
Katie Rios (037110)
Todd Feltus (019076)
LEWIS ROCA ROTHGERBER CHRISTIE LLP

- 3 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

201 East Washington Street, Suite 1200
Phoenix, AZ 85004

*Attorneys for Plaintiffs*

*\*Admitted pro hac vice*

# CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2024, the foregoing was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

                                                  */s/ Alicia J. Paller*
                                                  Alicia J. Paller