# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| P.C.J., et al., | No. CV-23-00780-PHX-KML |
| Plaintiffs, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

Pursuant to the parties' stipulation,

**IT IS ORDERED** the Stipulation (Doc. 46) is **GRANTED** and this case is **DISMISSED WITH PREJUDICE** with the parties to bear their own attorneys' fees and costs.

Dated this 27th day of September, 2024.

Honorable Krissa M. Lanham
United States District Judge